UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONALD WARREN PAUL BILLIOT, JR.**            **CIVIL ACTION**

**VERSUS**            **NO. 20-3084**

**CORONA VIRUS DISEASE, ET AL.**            **SECTION: "L"(1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 9th day of April 2021.

                                             _____
                                             **UNITED STATES DISTRICT JUDGE**